No. 405. EX PARTE EDUARDO LÓPEZ TIZOL, PETICIONARIO.—
Solicitud para que se apruebe la fianza notarial otorgada por
la Fidelity and Deposit Company of Md. en febrero 7, 1914.
Resuelto en febrero 9, 1914. Aprobada dicha fianza. El peti-
cionario compareció en nombre propio.

———————

No. 56. EX PARTE JOSÉ MIGUEL MÁRQUEZ, PETICIONARIO.—
Expediente de cancelación de fianza hipotecaria y personal
del Registrador Don José Miguel Márquez, procedente de
la Corte de Distrito de Aguadilla. Resuelto en febrero 10,
1914. Decretada la cancelación solicitada. El peticionario
compareció en nombre propio.

———————

No. 404. EX PARTE RAMÓN P. RODRÍGUEZ, PETICIONARIO.—
Solicitud para que se apruebe la fianza notarial otorgada por
la National Surety Company en febrero 9, 1914. Resuelto
en febrero 13, 1914. Aprobada dicha fianza. El peticionario
compareció en nombre propio.

———————

No. 409. EX PARTE TULIO RODRÍGUEZ MUÑIZ, PETICIONA-
RIO.—Solicitud para que se apruebe la fianza notarial otor-
gada por la National Surety Company en febrero 11, 1914.
Resuelto en febrero 19, 1914. Aprobada dicha fianza. El
peticionario compareció en nombre propio.

———————

No. 421. EX PARTE FRANCISCO ACEVEDO, PETICIONARIO.—So-
licitud para que se apruebe la fianza notarial otorgada por
la National Surety Company en febrero 26, 1914. Resuelto
en marzo 2, 1914. Aprobada dicha fianza. El peticionario
compareció en nombre propio.